

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-14-00811-CV

Randy **COLEMAN** and Jim Coleman Company,
Appellant

v.

Ralph **DEAN**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-04-49987-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Jason Pulliam, Justice

The panel has considered the Appellant Jim Coleman Company's Motion for Rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court